## STATE OF FLORIDA v REIMER

Case No. 89-094-AC

Eleventh Judicial Circuit, Dade County

May 24, 1991

### APPEARANCES OF COUNSEL

**Robert A. Butterworth,** Attorney General, and **Giselle D. Lylen,** Assistant Attorney General, for appellant.

**Michael A. Catalano, Esquire,** for appellee.

Before NADLER, GREENBAUM, FIERRO, JJ.

### OPINION OF THE COURT

PER CURIAM.

The Defendant was charged with careless driving and driving under the influence. At trial, the defendant made a motion to suppress which

was denied and he "waived jury trial" by affixing his signature and by a box indicating waiver being checkmarked in open court. After a finding of guilt, the court granted a new trial for having not allegedly conducted a colloquy as to whether waiver was freely and voluntarily given. This appeal followed.

There is no legal requirement for the court to inquire as to whether a written waiver was given freely and voluntarily. *Dumas v State,* 439 So.2d 246, 251 (Fla. 3d DCA 1983).

The rulings of the lower court, granting a new trial, is reversed with instructions to reinstate the original verdict.

REVERSED and REMANDED.